STATE OF NEW JERSEY v. MICHAEL P. FIORILLO.

March 17, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. BENNY SMALLS.

March 17, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. ALFRED BRAWER.

March 17, 1980.

Petition for certification denied.